UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DE'ANDRE DESHAWN GEORGE,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>ROBERT A. HOREL, Warden,<br><br>　　　　Respondent. | No. CV 09-2861 AG (FFM)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that: (1) petitioner's motion for leave to amend is denied; (3) respondent's Motion to Dismiss is granted; and (4) that judgment be entered denying the FAP without prejudice as unexhausted.

DATED: June 15, 2010

　　　　　　　　　　　　　　　　　　　／s／ Andrew J. Guilford
　　　　　　　　　　　　　　　　　　　ANDREW J. GUILFORD
　　　　　　　　　　　　　　　　　　　United States District Judge