UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DE'ANDRE DESHAWN GEORGE,<br><br>    Petitioner,<br><br> v.<br><br>ROBERT A. HOREL, Warden,<br><br>    Respondent. | No. CV 09-2861 AG (FFM))<br><br>JUDGMENT |

  Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

  IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: June 15, 2010

                ANDREW J. GUILFORD
                United States District Judge